Roth-Worsky Company, appellee, v. Chicago Joint Board et al., on appeal In re Max Novak, appellant, appellants. Gen. No. 29,607.

Contempt for violation of injunction. Appeal from the Circuit Court of Cook county; the Hon. Ira J. Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,605, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellants. Newman, Poppenhusen, Stern & Johnston, for appellee; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

Roth-Worsky Company, appellee, v. Chicago Joint Board et al., on appeal In re Catherine Koppa, appellant, appellants. Gen. No. 29,608.

Contempt for violation of injunction. Appeal from the Circuit Court of Cook county; the Hon. Ira J. Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,605, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellants. Newman, Poppenhusen, Stern & Johnston, for appellee; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal of Isidore Kreeger, appellant. Gen. No. 29,663.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,661, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal of Bessie Katz, appellant. Gen. No. 29,664.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,661, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.